**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Natuchia A Frazier<br>First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–2634<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 15–31787–ABA | |

# Order of Discharge 12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Natuchia A Frazier

<u>3/3/21</u>                                         **By the court:** <u>Andrew B. Altenburg Jr.</u>
                                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Natuchia A Frazier  
    Debtor

Case No. 15-31787-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3  
Date Rcvd: Mar 03, 2021     Form ID: 3180W     Total Noticed: 35

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Natuchia A Frazier, 137 S Lawrence St, Bridgeton, NJ 08302-2312 |
| cr | + | Nationstar Mortgage LLC, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 515859612 | + | Amerassist AR Solutions, 8415 Pulsar Place, Suite 250, Columbus, OH 43240-4033 |
| 516060960 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, Po Box 619096, Dallas, TX 75261 |
| 516087103 | + | Nationstar Mortage LLC, Po Box 619096, Dallas, TX 75261-9096 |
| 515859623 | | Nationstar Mortgage, 8950 Cypress Waters Blvd, Dallas, TX 75063 |
| 516300324 | + | Nationstar Mortgage LLC, Robertson Anschutz & Schneid LP, 6409 Congress Ave Ste 100, Poca Raton, FL 33487-2853 |
| 516059390 | + | Nationstar Mortgage, LLC, PO Box 619094, Dallas, TX 75261-9094 |
| 515893251 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 03 2021 21:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 03 2021 21:21:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 515931603 | | EDI: CAPITALONE.COM | Mar 04 2021 01:38:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 515859613 | + | EDI: CAPITALONE.COM | Mar 04 2021 01:38:00 | Capital One Bank USA, PO Box 30281, Salt Lake city, UT 84130-0281 |
| 515990483 | | EDI: BL-BECKET.COM | Mar 04 2021 01:43:00 | Capital One, N.A., c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 515859615 | + | EDI: CITICORP.COM | Mar 04 2021 01:38:00 | Childrens Place, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 515859616 | + | EDI: CITICORP.COM | Mar 04 2021 01:38:00 | Citicards CBNA, 701 E. 60th Street N, Sioux Falls, SD 57104-0432 |
| 515859617 | + | EDI: WFNNB.COM | Mar 04 2021 01:38:00 | Comenity Bank/Victoria Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 515859618 | + | EDI: WFNNB.COM | Mar 04 2021 01:38:00 | Dressbarn, PO Box 182789, Columbus, OH 43218-2789 |
| 515859619 | | EDI: FORD.COM | Mar 04 2021 01:43:00 | Ford Motor Credit, POB 62180, Colorado Springs, CO 80962 |
| 515876610 | | EDI: FORD.COM | Mar 04 2021 01:43:00 | Ford Motor Credit Company, LLC, Dept. 55953, P.O. Box 55000, Detroit, MI 48255-0953 |
| 515859620 | | EDI: IRS.COM | Mar 04 2021 01:38:00 | IRS, POB 7346, Philadelphia, PA 19101-7346 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 515859621 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 03 2021 21:19:00 | Kohl's, PO Box 3115, Milwaukee, WI 53201-3115 |
| 515859622 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 03 2021 21:34:02 | LVNV Funding LLC, PO Box 10584, Greenville, SC 29603-0584 |
| 518782546 | + | EDI: AISMIDFIRST | Mar 04 2021 01:38:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department 73118-6051 |
| 518782545 | + | EDI: AISMIDFIRST | Mar 04 2021 01:38:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 515859624 | + | EDI: WFNNB.COM | Mar 04 2021 01:38:00 | New York & Co., PO Box 182789, Columbus, OH 43218-2789 |
| 515859625 | + | EDI: RMSC.COM | Mar 04 2021 01:38:00 | Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 519112229 | | EDI: PRA.COM | Mar 04 2021 01:38:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519112230 | | EDI: PRA.COM | Mar 04 2021 01:38:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 516022724 | | EDI: PRA.COM | Mar 04 2021 01:38:00 | Portfolio Recovery Associates, LLC, c/o Childrens Place, POB 41067, Norfolk VA 23541 |
| 515859626 | + | EDI: WFNNB.COM | Mar 04 2021 01:38:00 | Peebles, PO Box 182789, Columbus, OH 43218-2789 |
| 515922749 | | EDI: Q3G.COM | Mar 04 2021 01:38:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 516048112 | | EDI: RMSC.COM | Mar 04 2021 01:38:00 | Synchrony Bank, c/o Recovery Management Systems Corp, 25 SE 2nd Ave Suite 1120, Miami FL 33131-1605 |
| 515859627 | | EDI: TFSR.COM | Mar 04 2021 01:38:00 | Toyota Financial, POB 5855, Carol Stream, IL 60197-5855 |
| 516009961 | | EDI: ECAST.COM | Mar 04 2021 01:38:00 | eCAST Settlement Corporation, PO Box 29262, New York, NY 10087-9262 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 515859614 | *+ | Capital One Bank USA, PO Box 30281, Salt Lake City, UT 84130-0281 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Mar 03, 2021 | Form ID: 3180W | Total Noticed: 35

Date: Mar 05, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Kevin M. Buttery | on behalf of Creditor Nationstar Mortgage LLC kevinbuttery@gmail.com |
| Patrick O. Lacsina | on behalf of Creditor Nationstar Mortgage LLC   PATRICK.LACSINA@GMAIL.COM |
| Sindi Mncina | on behalf of Creditor Nationstar Mortgage LLC smncina@raslg.com |
| Terry Tucker | on behalf of Debtor Natuchia A Frazier terrytucker@comcast.net |

TOTAL: 7